## BROYLES *v.* JONES.

EJECTMENT. *Execution sale. Recovery fatal. When.* In ejectment, where plaintiff claims under sheriff's deed, which recites that the lot in controversy was sold as the property of one other than the defendant, the failure to connect the defendant with the execution sale, or to establish any privity whatever between him and the party as whose land it was sold, is fatal to plaintiff's recovery.

No record can be found.

FREEMAN, J., delivered the opinion of the court.

This is an action of ejectment in which plaintiff claims title to the house and lot in controversy under a sheriff's deed.

This deed recites, that Stephen Johnson, plaintiff's intestate, recovered a judgment against James Jones, M. K. Jones and Bayless Jones, with James Ross, before a justice of the peace, etc.; that an execution was levied on a house and lot, describing it, very imperfectly however, and then shows a sale of the lot as the property of Bayless Jones, and then conveys the title of said Bayless Jones to plaintiff.

This suit is against James Jones, and there is no deraignment of title by plaintiff, nor anything to show how a sale and sheriff's deed for the land of Bayless Jones will entitle plaintiff to recover a lot claimed by James Jones, who is the defendant.

There is nothing to show that James Jones was in possession at the time of sale or had title to it, or

that any interest of his had ever been sold, or any privity whatever between him and Bayless Jones.

There is no error. Let the case be affirmed.